# **EXHIBIT A**

California Service Mark Registration No. 02064686

DAVID ELLIOT BUILDERS



**California Secretary of State**
Electronic Filing

## Trademark/Service Mark - Application for Registration

| | |
|---|---|
| Type of Mark: | Service Mark |
| Name of Owner (Registrant): | David Elliot Builders Inc. |

| | |
|---|---|
| Registration Number: | 02064686 |
| Classification Code(s): | 37 |
| File Date: | 03/26/2026 |

**Detailed Filing Information**

1.  Application for Registration of:    Service Mark

2.  Owner (Registrant) Information:
    a.  Name of Owner (Registrant):    David Elliot Builders Inc.

    b.  Business Address:    5979 W. 3rd St., Los Angeles, California, 90036, USA

    c.  Declaration of Ownership:
    Registrant declares that the Registrant is the owner of the mark, that the mark is in use, and that to the Registrant's knowledge, no other person has registered the mark in this state, or has the right to use the mark, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion, to cause mistake, or to deceive.

    d.  Business Structure:    Corporation
    California

    e.  Name of General Partner(s):    None

3.  Description of Mark:
    David Elliot Builders

See drawing page attached and incorporated by reference.

Use bizfile.sos.ca.gov *for online filings, searches, business records, and resources.*

Registration Number: 02064686

![Great Seal of the State of California] **California Secretary of State**
Electronic Filing

4.  Design Code(s):

5.  Disclaimer:
    The Mark consists of standard characters without claim to any particular font style, size, or color.  Applicant also disclaims any exclusive use of the word "Builders."

6.  Date of First Use of Mark

    a.  Date Mark was First Used Anywhere:    05/23/2016

    b.  Date Mark was First Used in California:    05/23/2016

7.  Identification of Goods or Products/Services:

    a.  List specific Goods or Products/Services:
        Commerical and residential construction services

    b.  Classification Code(s):            37

8.  U.S. Patent and Trademark Information

    a.  File Date:

    b.  Serial/File Number:

    c.  Status of Application:

    d.  If Refused, Why?:

9.  How is the Mark Used:

    On Business Signs, On Advertising Brochures, On Business Cards, On Letterhead, Advertisement/Branding On Webpage

10. Type of Specimen:

    Website

    See Specimen attached and incorporated by reference.

    Use bizfile.sos.ca.gov *for online filings, searches, business records, and resources.*



Registration Number: 02064686

# California Secretary of State
## Electronic Filing

11. Authorized Representative:                    Yes

**Declaration of Accuracy and Signature**

I declare that all the foregoing information contained in this Application is accurate, true and correct and that I am authorized to sign this Application. I understand that if I willfully state in the Application any material fact that I know to be false, I will be subject to a civil penalty of not more than ten thousand dollars ($10,000.00).

Registrant or Authorized Representative:    Steven L. Nichols

Date Electronically Signed:    03/26/2026

*The remainder of this page is intentionally left blank.*

Use bizfile.sos.ca.gov *for online filings, searches, business records, and resources.*

# David Elliot Builders

davidelliot.la

 **DAVID ELLIOT BUILDERS INC.**

PROFILE    SERVICES    GALLERY    COMMERCIAL    CONTACT US





# DAVID ELLIOT BUILDERS INC.

PROFILE   SERVICES   GALLERY   COMMERCIAL   CONTACT US

David Elliot Builders approaches each project with precision, integrity, and a commitment to delivering excellence. We carefully evaluate every opportunity to ensure we bring maximum value and expertise to our clients.



Case 2:26-cv-06113    Document 1-1    Filed 06/05/26    Page 8 of 46    Page ID #:21



PROFIL

SERVICE

GALLER

COMMERCIA

CONTACT U

**David Elliot Builders approaches each project with precision, integrity, and a commitment to delivering excellence. We carefully evaluate every opportunity to ensure we bring maximum value and expertise to our clients.**



**Our Services Include:**

**Acquisition & Site Evaluation**

 Whether you're preparing to acquire a property or still exploring your options, we offer expert consultation to ensure you're making the right decision. We manage the land acquisition and evaluation process on your behalf—at no additional cost. Our team will assess site feasibility, zoning constraints, and design intent to ensure your vision aligns with the property's potential.

**Pre-Construction & Project Planning**

 We provide comprehensive pre-construction services that lay the groundwork for successful execution. From budgeting and value engineering to scheduling and feasibility analysis, our team works collaboratively with clients, architects, and consultants to establish a clear and achievable roadmap.

**Insurance Restoration & Rebuilds**

 David Elliot Builders is experienced in guiding clients through the complexities of insurance-based reconstruction. We provide accurate loss assessments, scope validation, and full rebuild execution to restore properties with speed and craftsmanship—often improving upon the original.

**Ongoing Maintenance & Property Services**

 Our commitment doesn't end at project completion. Through our Maintenance & Property Services division, we

offer continued support for homeowners and commercial clients—from seasonal upkeep and system checks to renovations and minor improvements.

## Construction Management

Our Construction Management services are structured around transparency, flexibility, and accountability. Utilizing an open-book format, we foster a collaborative environment where decisions are informed, timelines are optimized, and quality is never compromised.

## Subterranean & Structural Expertise

We are recognized for our expertise in subterranean construction, including complex basement excavation, shoring, waterproofing, and structural reinforcement. These specialized capabilities allow us to tackle technically demanding builds with confidence and precision.

## Technology-Driven Coordination

We leverage modern tools such as digital project management, and real-time site tracking to increase transparency, anticipate issues, and enhance efficiency. Our clients enjoy smarter collaboration and better decision-making throughout the construction process.

California Contractors License 1021000     Copyright © 2021. DAVID ELLIOT BUILDERS INC. All rights reserved.

# EXHIBIT B

Evidence of Defendants' Infringing Use
of "ELLIOT BUILDERS"

Page 1
Instagram
https://www.instagram.com/elliot.builders/





### elliot.builders ⋯
elliot builders

**41** posts   **1,030** followers   **688** following

Construction + Remodeling Company focused on exceptional quality, design and client experience // Los Angeles, CA //... more

🔗 linktr.ee/elliotbuilders

**Follow**      **Message**      +⊠



Press

⚏        ▷        ⊡

05 June 2026, 09:30:29







Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Popular   Instagram Lite   Meta AI   Threads   Contact Uploading & Non-Users
Meta Verified

English ∨     © 2026 Instagram from Meta

# EXHIBIT C

Press and Media Coverage Crediting
DAVID ELLIOT BUILDERS

1. Architectural Digest (admagazine.com), "In Los Angeles, a contemporary design house reinterprets the Mediterranean style" (Mar. 29, 2026)
2. Architectural Digest Poland (architecturaldigest.pl), "Dom inspirowany stylem śródziemnomorskim" (May 11, 2026)
3. Instagram (instagram.com), project post crediting Contractor @davidelliotbuilders

Case 2:26-cv-06113   Document 1-1   Filed 06/05/26   Page 16 of 46   Page ID #:29

AD

NEWSLETTER   SUBSCRIBE

LIFESTYLE   DESIGN   ARCHITECTURE   PLANET AD   CELEBRITIES AD   AD TV

AD100 2025   They are the 100 most outstanding creatives in our region!   GET TO KNOW THEM HERE »


Jeep
2026 JEEP® GRAND CHEROKEE L
BEST-IN-CLASS AVAILABLE GROUND CLEARANCE¹
SHOP NEW INVENTORY
BUILD & PRICE
Legal



The room was thought of in large volumes and proportions, to add clean lines, a lot of warmth and a more current language. ... chelle Photo.

INTERIORISM

# In Los Angeles, a contemporary design house reinterprets the Mediterranean style

The house was a new construction near a neighborhood with architectural history. Rachel Kaye's project took into consideration her surroundings and the eastern Mediterranean roots of the family of owners to create a charming villa through contemporary language.



By Rebeca Vaisman

29 March 2026

04 June 2026, 10:33:36

Case 2:26-cv-06113    Document 1-1    Filed 06/05/26    Page 17 of 46    Page ID #:30

The perimeter around **Hancock Park in Los Angeles** is known for its architectural heritage and early 20th century Californian Spanish-style residences. On a plot of land located just outside that heritage area, a new house had to be built and its owners wanted to respect their context of such special design.

"The residence was designed to integrate fluidly into its environment, rather than separating itself from it," explained **architect and interior designer Rachel Kaye**, who took care of the project. Under the gaze of her office Rachel Kaye Design, the new house convened a "sober interpretation **of Californian Mediterranean architecture**"—with cream-toned stucco, a roof with traditional tiles and balanced proportions—expressed "with contemporary clarity."



The entrance hall, with the carpet of tiles embedded, evidences the Mediterranean influence on the design .Tina Michelle Photo.

## Contemporary Mediterranean

Rachel Kaye was summoned to do the consulting of a first design that was already had and was able to identify several challenges. What began as a punctual review became a comprehensive rethinking of the project. "The solution began by redefining the intention of the distribution," the architect said. **The dining room was reimagined as a**



-59%  -61%  -57%
-60%  -50%  -54%
-47%  -63%  -46%
-58%  -57%  -57%

R
Rugs.com          Large Rugs
                  Rugs.com

THE MOST VIEWED



DESIGN

7 Hanging plants that will attract good luck at home

By Corina Mendoza



INTERIORISM

17 kitchen covers that showed the importance of details

By Alex Sales



LIFESTYLE

Why does Asunción begin to position itself as one of the new…

By Alejandra Olmedo

**central space** in the manner of a courtyard, so that it became a connector in the house. This decision resonated entirely with the owners, who have roots in the eastern Mediterranean—something that became a reference for design.



The three-story staircase, accompanied by hanging lamps on paper, are one of the main elements of a house with sculptural intention.  Tina Michelle Photo.

ADVERTISING



Rugs For Every Room
Rugs.com
Rugs.com

Case 2:26-cv-06113   Document 1-1   Filed 06/05/26   Page 19 of 46   Page ID #:32

Clients are a very social family who spend a lot of time together and also receiving guests in meetings of different scales, from dinners to parties. **The house was to be functional for adult and childish activities.** "Flexibility was essential," Kaye explained. "Having environments that can sustain the day to day family and expand fluidly to entertain."

VIEW

The cozy mountain house of Kendall Jenner | At Home




Area Rugs For Sale
Rugs.com   Rugs.com

The Mediterranean influence reached the material palette, architectural details and general atmosphere of the interiors. For the architect—who worked on building the hand of **David Elliot** Builders—it was important that he feel "warm, layered and durable rather than focused on trends. A deeply personal home."



THE MOST VIEWED


DESIGN
7 Hanging plants that will attract good luck at home
By Corina Mendoza


INTERIORISM
17 kitchen covers that showed the importance of details
By Alex Sales


LIFESTYLE
Why does Asunción begin to position itself as one of the new…
By Alejandra Olmedo

Case 2:26-cv-06113   Document 1-1   Filed 06/05/26   Page 20 of 46   Page ID #:33



The studio, where the wood and natural fibers stand out to create a serene atmosphere that continues to communicate with the rest of the house.  Tina Michelle Photo.

## Skins and textures

The fireplace of the living room, which expands to the ceiling, as well as the fireplace of the living room; the staircase with balustrade; and the kitchen hood were drawn by hand first, giving the final result **a sculptural presence that gives personality to the rooms**.

Lighting plays a central role. The triple-high staircase was crowned with hanging cloud lamps made of Japanese rice paper, creating a vertical installation that connects the basement to the upper level. The dining room ceiling is covered by twenty leaves of hammered metal suspended in the manner of an awning, reinforcing the interior patio reference.



Stone fossilized on the walls, marble and stone on the floors, metal hammered in the luminaires: materiality defined the project.  Tina Michelle Photo.

ADVERTISING





"**Materiality is an element that defined the project**," explained the designer. Fossilized stone tiles line the dining room walls—"evoking those found in the ancient Mediterranean villas"—while the marble and limestone damer floor emphasizes the effect of being outdoors. Limestone slabs and mosaic details define the central staircase, while the long entrance hall exposes embedded Tuscan tile carpets.



The bedroom incorporates monumentality and the search for textures. It represents the encounter of Californian architecture with Mediterranean inspiration.  Tina Michelle Photo.

The bathrooms, the dining room washing station and the countertops are **lined in marbles, quartz and travertines**. Throughout the house, finished in Roman clay and Concretta were developed after many tests to achieve atmospheric textures, such as a cave sensation on the walls of the staircase or the skin patina that was achieved in the fireplace.

Case 2:26-cv-06113   Document 1-1   Filed 06/05/26   Page 22 of 46   Page ID #:35



The dining room gave the starting point to interior design, when it was considered as an interior patio that connects with the other social environments .

All this interior wealth is sheltered by intentionally sober and quiet facades, in contrast to the landscape of Los Angeles. That change generates an immersive effect that catches the threshold once crossed. Rachel Kaye resembled a "Mediterrane Mediterranean boutique hotel", for the serene, airy and serene. "The house represents **a synthesis of Californian architecture with the Mediterranean influence**, both in the aesthetic language and in the way in which the spaces are inhabited," the architect concluded about a residence that demonstrates how **good design can transport us emotionally and sensorily**.

## Continue reading more interesting stories from Design:

- Guide to designing a small, functional and stylish laundry room!

- 14 kitchen designs with island that gained spaciousness and a modern style

- This is how the vintage style was implemented in a small house of 52 m2

- Guest bath is the perfect place to experience. Try!

- Minimalist house with garden that transforms extreme heat into an oasis

- Subscribe here to the best news about design, architecture, art and more.

Tags    Houses    Los Angeles

Case 2:26-cv-06113    Document 1-1    Filed 06/05/26    Page 23 of 46    Page ID #:36

Find out the most exciting news from the creative scene directly in your email!

Subscribe!

SIGN UP

Enter your email address to subscribe to our editorial newsletter and become part of the AD universe. Your personal data will be treated in accordance with our **User Agreement** and **Privacy Notice.**

READ MORE



### The organic style is the essence of this Tuscan-inspired villa

By Sonia S. Braga



### Quiet luxury: The remodeling of this attic retains its timeless charm

By Francesca Longoni



**CELEBRITIES AD**

### Get to know the most environmentally friendly stadiums

By Sofia Rea



**LIFESTYLE**

### Want to travel to the World Cup with your pet? This could cost you

By Sofia Rea



## Fungus Is A Parasite, And It Dies From A Drop Of Plain...

Orivelle                                    OPEN >

04 June 2026, 10:33:36

Case 2:26-cv-06113    Document 1-1    Filed 06/05/26    Page 24 of 46    Page ID #:37



**Page 1**
**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**
https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



☰   **AD**   POLSKA ⌄   **PRENUMERATA**   |   Q

AKTUALNOŚCI   ARCHITEKTURA   DESIGN   SZTUKA   PODRÓŻE   WNĘTRZA   STYL ŻYCIA   OGRÓD   PODCASTY   AD100

WNĘTRZA

# Dom inspirowany stylem śródziemnomorskim

Nieruchomość, należąca do sześcioosobowej rodziny umiejętnie łączy śródziemnomorskie inspiracje z historyczną zabudową dzielnicy, dbając jednocześnie o współczesny komfort i wygodę. Wnętrza zwracają uwagę bogactwem eleganckich i ponadczasowych materiałów, ale równie ważnym elementem aranżacji jest oświetlenie, które nadaje jej charakteru.

Autor Barbara Ruppel

11 maja 2026



Projekt: Rachel Kaye Coutier; Wykonawca: David Elliot Builders; Stylizacja: Emily Edith; Zdjęcia: Tina Michelle

*[Translation note: "Wykonawca: David Elliot Builders" means "Contractor: David Elliot Builders."]* AMA

Aranżacja domu w Los Angeles

## Aranżacja domu w Los Angeles

Dom znajduje się na obrzeżach Hancock Park w Los Angeles – dzielnicy znanej z inspirowanych stylem śródziemnomorskim willi z początku XX wieku. Choć nieruchomość nie jest zabytkiem, architektoniczne dziedzictwo tego miejsca miało ogromny wpływ na jej styl i wygląd. Elewacja reinterpretuje kalifornijską architekturę w klimacie śródziemnomorskim, ale z dużo większą powściągliwością. Uwagę zwraca kremowy stiuk, tradycyjna dachówka i wyważone proporcje, natomiast zakorzenienie w historycznej zabudowie Hancock Park wzmacniają rodzime gatunki roślin oraz ścieżki z naturalnego kamienia wokół posesji.



Zdjęcie: Tina Michelle



### Najnowsze artykuły



80-metrowe mieszkanie w Poznaniu inspirowane późnym modernizmem

Barbara Ruppel



Dom z lat 80. zmienił się w nowoczesną i przytulną przestrzeń dla rodziny

Barbara Ruppel



Buntownicy z wyboru. Ekomanifesty studia TAKK w służbie sprawiedliwej architektury

Tomasz Żylski



Zdjęcie: Tina Michelle

## Najnowsze z kategorii


Dom zaprojektowany z myślą o trwałości i codziennej wygodzie

Barbara Ruppel


Krakowskie mieszkanie w akcentami czerwieni

Barbara Ruppel


Otwarcie pierwszego na świecie muzeum Igora Mitoraja. Miejsce nie jest przypadkowe

Barbara Ruppel



Zdjęcie: Tina Michelle

Początkowo Rachel Kaye Coutier została zaproszona przez właścicieli na konsultację dotyczącą problematycznego parteru w domu. Formalna jadalnia znajdowała się dokładnie pośrodku planu parteru, oddzielając bardziej reprezentacyjne strefy we frontowej części domu od nieformalnych przestrzeni rodzinnych na tyłach, co wymuszało przechodzenie przez jadalnię i traktowanie jej jako ciągu komunikacyjnego.

**Page 4**

**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**

https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/

REKLAMA



Zdjęcie: Tina Michelle



**Page 5**
**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**
https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



Zdjęcie: Tina Michelle





Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle

**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**
https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



Zdjęcie: Tina Michelle





Zdjęcie: Tina Michelle

Projektantka zaproponowała nowy układ parteru. W odświeżonej odsłonie, jadalnia została przekształcona w centralną przestrzeń przypominającą dziedziniec – na wzór rozwiązań znanych ze śródziemnomorskich rezydencji – dzięki czemu stała się elementem integrującym, a nie korytarzem między poszczególnymi częściami domu. Właścicielom tak spodobał się ten pomysł, że postanowili zatrudnić Rachel do przeprojektowania całej nieruchomości.



Zdjęcie: Tina Michelle



**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**

https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



Zdjęcie: Tina Michelle





Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle

Założeniem projektowym było stworzenie wnętrz, które z jednej strony pozwolą na spędzanie wspólnego czasu w gronie rodzinnym, a z drugiej – zapewnią reprezentacyjną przestrzeń dla przyjęć i większych imprez. Estetycznie, właścicielom zależało na połączeniu kalifornijskiego stylu ze śródziemnomorskimi wpływami. Wnętrza miały być eleganckie, ale jednocześnie wygodne w codziennym użytkowaniu, a także ponadczasowe i opierające się chwilowym trendom.



**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**

https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle

Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle

Na uwagę we wnętrzu zasługują starannie dobrane materiały, które łączą trwałość z estetyką. Ściany jadalni wykończono płytkami z kamienia przywodzącymi na myśl stare śródziemnomorskie miejscowości. Wzrok przykuwa również marmurowo-wapienna podłoga w szachownicę, centralne schody wykończone płytami z wapienia i detalami z mozaiką oraz przypominająca dywan posadzka z ręcznie szkliwionych toskańskich płytek z terakoty w holu.





Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle



**Page 15**

**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**

https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



Zdjęcie: Tina Michelle





Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle





Zdjęcie: Tina Michelle

Na szafkach łazienkowych, umywalce w jadalni oraz blatach w całym domu wprawione oko rozpozna marmur, kwarcyt i trawertyn. Warto także wspomnieć o autorskim wykończeniu m.in. z glinki rzymskiej, które projektantka opracowała po wielu etapach testów kolorystycznych. Ścianom klatki schodowej nadano nieregularną fakturę, by uzyskać efekt przypominający jaskinię, a kolor kominka w salonie dopasowano do próbki patynowanej skóry i wzbogacono subtelnymi metalicznymi tonami nadającymi głębię.





Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle

Istotną rolę w tym projekcie odgrywa również oświetlenie. Trzykondygnacyjna klatka schodowa została zaakcentowana trzynastoma lampami z japońskiego

papieru ryżowego, tworzącymi wertykalną instalację łączącą piwnicę z najwyższym poziomem domu. Z kolei sufit w jadalni tworzy kompozycja dwudziestu mosiężnych lamp w formie liści, ręcznie kutych i zawieszonych niczym złoty baldachim w śródziemnomorskiej willi.



Zdjęcie: Tina Michelle



**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**

https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/



Zdjęcie: Tina Michelle





**Page 21**
**Dom inspirowany stylem śródziemnomorskim | Architectural Digest**
https://architecturaldigest.pl/dom-w-srodziemnomorskim-klimacie/

Zdjęcie: Tina Michelle



Zdjęcie: Tina Michelle

## Zobacz też:

- Pastelowe wnętrze, które kojarzy nam się z latem



**urbanlivingmagazine** and 3 others    •••

**urbanlivingmagazine** Edited • 37w
Cover Feature
California cool gets reimagined in this vibrant home, where vintage finds, bold color, and meaningful details set the tone. "A fun, eclectic, and warm space that doesn't follow trends." – Leia Whitman, Gowans Whitman Design

This home proves individuality is the ultimate luxury.

Designer @gowanswhitmandesign
Stylist @bybaileyjulio
Photographer @michaelcliffordphotography
Contractor @davidelliotbuilders
Text @rosedesigninteriors

**panelworks.co** 37w
This is the perfect balance of

♡ 179    💬 16    ⟳ 5    ▷         🔖

September 15, 2025

Add a comment...    ☺

More posts from urbanlivingmagazine



Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Popular  Instagram Lite  Meta AI  Threads  Contact Uploading & Non-Users
Meta Verified

English ⌄    © 2026 Instagram from Meta