NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Adam Mindle

Greystone Law Group LLP

1600 Roscrans Ave.

Building 1A, Suite 203

Manhattan Beach, CA 90266

(213) 867-2079

ATTORNEY(S) FOR:  Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| David Elliot Builders, Inc., a California Corp. <br><br> Plaintiff(s), <br><br> v. <br><br> Elliot Wall, an individual; and <br> Elliot Wall Design & Build <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| --- | --- |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiff, David Elliot Builders, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| David Elliot Builders, Inc. | Plaintiff (CA Corporation) |
| Elliot Wall | Defendant (Individual) |
| Elliot Wall Design & Build | Defendant (CA Corporation) |

6/5/26

Date

Signature

Attorney of record for (or name of party appearing in pro per):