Name and address:
Adam Mindle
Greystone Law Group LLP
1600 Rosecrans Ave.
Building 1A, Suite 203
Manhattan Beach, CA 90266

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID ELLIOT BUILDERS, INC.

Plaintiff(s)

v.

ELLIOT WALL AND ELLIOT WALL DESIGN & BUILD, INC.,

Defendant(s).

CASE NUMBER

2:26-CV-6113

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Dakic, Angilee, K.                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

801-531-8900

*Telephone Number*          *Fax Number*

adakic@fabianvancott.com

*E-Mail Address*

FABIAN VANCOTT
95 South State Street
Salt Lake City, UT 84111

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, David Elliot Builders, Inc.

*Name(s) of Party(ies) Represented*                ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Adam H. Mindle                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

185079          213-867-2079

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

amindle@greystonelawgroup.com

*E-Mail Address*

Greystone Law Group
400 Manhattan Beach Blvd.
Manhattan Beach, CA 90266

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**