# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| DAVID ELLIOT BUILDERS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>ELLIOT WALL DESIGN & BUILD INC., et al.<br><br>Defendant(s). | 2:26–cv–06113–RAO |
|  | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  6/15/2026     3       Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed    Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The application is not signed.

Other:

**Note:   In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  June 17, 2026             By:  /s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112C(10/25)       Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application