

# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

### IN THE SUPREME COURT OF THE STATE OF UTAH

———————————

UNITED STATES OF AMERICA  } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein ANGILEE KYM DAKIC, #12722, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 20th day of October, 2009.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 9th day of June, A.D. 2026