Name and address:
Adam Mindle
Greystone Law Group LLP
1600 Rosecrans Ave.
Building 1A, Suite 203
Manhattan Beach, CA 90266

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID ELLIOT BUILDERS, INC.

Plaintiff(s)

v.

ELLIOT WALL AND ELLIOT WALL DESIGN & BUILD, INC.,

Defendant(s).

CASE NUMBER

2:26-CV-6113

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Dakic, Angilee, K.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

801-531-8900

*Telephone Number*          *Fax Number*

adakic@fabianvancott.com

*E-Mail Address*

FABIAN VANCOTT
95 South State Street
Salt Lake City, UT 84111

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, David Elliot Builders, Inc.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Adam H. Mindle                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

185079          213-867-2079

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

amindle@greystonelawgroup.com

*E-Mail Address*

Greystone Law Group
400 Manhattan Beach Blvd.
Manhattan Beach, CA 90266

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**          06/24/2026

*Rozella a. Ol─*

~~U.S. District Judge~~/U.S. Magistrate Judge